Clarice SEKO, Appellant,

v.

McDONNELL DOUGLAS CORPORATION, Respondent.

No. 66513.

Missouri Court of Appeals, Eastern District, Division Three.

June 20, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1995.

D. Eric Sowers, St. Louis, for appellant.

Gerard T. Carmody, Vivian H. Waters, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Clarice Seko, appeals from the judgment of the trial court, in a bench tried case, in favor of defendant, McDonnell Douglas Corporation, in plaintiff's action for sexual harassment.

The judgment of the trial court is not against the weight of the evidence; no error of law appears. The judgment of the trial court is affirmed. Rule 84.16(b).